AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED
May 27, 2025
LAURA A. AUSTIN, CLERK
BY: /s/ S. Wray
DEPUTY CLERK

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )     Case No. 7:25mj107
United States Postal Service Priority Mail parcel bearing )
tracking number "9405 5301 0935 5155 8393 23" )
 )

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

USPS Priority Mail parcel bearing tracking number "9405 5301 0935 5155 8393 23," "
Recipient address: Derek Ferguson, 2097 Pisgah Rd., Goode, VA 24556

located in the Western District of Virginia, there is now concealed *(identify the person or describe the property to be seized)*:

Controlled substances and/or proceeds from drug trafficking

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1) | Distribution of a controlled substance |
| 21 USC 843(b) | Use of a communication facility to commit a felony |

The application is based on these facts:
As set forth in the attached affidavit of Task Force Officer Tyler W. Fridley

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Tyler W. Fridley*
Applicant's signature

Tyler W. Fridley, Task Force Officer, USPIS
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone *(specify reliable electronic means)*.

Date: May 27, 2025

Judge's signature

City and state: Roanoke, Virginia     C. Kailani Memmer, United States Magistrate Judge
*Printed name and title*