Exhibit 1                              7:25mj107

